Per Curiam.
 

 *886
 
 [¶ 1] C.D. appeals a juvenile court order terminating his parental rights in K.B. On appeal C.D. argues the juvenile court abused its discretion in denying his motion for a continuance. The juvenile court terminated C.D.'s parental rights after finding the child was deprived, the deprivation was likely to continue, and the child was in foster care for more than 450 out of the previous 660 nights. The juvenile court denied a continuance because C.D.'s alleged defenses would not preclude termination. Because the juvenile court did not abuse its discretion in denying C.D.'s motion for a continuance, we summarily affirm under N.D.R.App.P. 35.1(a)(4).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen
 

 Jerod E. Tufte